UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AVERY BURAS | CIVIL ACTION |
| VERSUS | NO: 22-4286 |
| UNITED PROPERTY AND CASUALTY INSURANCE CO. | SECTION: T (5) |

### ORDER

This Court previously granted Plaintiff Avery Buras leave to file an Amended Complaint naming the Louisiana Insurance Guaranty Association ("LIGA") as a defendant in this action, as the statutory successor for the original defendant, United Property and Casualty Insurance company. R. Docs. 16; 17; *see also* La. R.S. § 22:2058(A). The Court ordered the parties to submit supplemental briefing to address whether it may still assert diversity jurisdiction over this action following the addition of LIGA, a defendant non-diverse from Plaintiff, a citizen of Louisiana. R. Doc. 18. LIGA has not filed a memorandum. On the other hand, Plaintiff asserts that the addition of LIGA as a defendant in this action divests this Court of diversity jurisdiction, and consents to the dismissal of his complaint. R. Doc. 38. The Court agrees. As the Fifth Circuit has held, "LIGA has the citizenship for diversity purposes of each of its constituent member insurers." *Temple Drilling Co. v. Louisiana Insurance Guaranty Ass'n*, 946 F.2d 390, 394 (5th Cir. 1991) (citing *Carden v. Arkoma Assocs.,* 494 U.S. 185 (1990)). There is no dispute that LIGA has member insurers who are citizens of Louisiana. Therefore, complete diversity no longer exists between the parties, and the Court may no longer assert diversity jurisdiction over this action.

1

The parties identify no other basis for the Court to continue asserting subject matter jurisdiction over this action, and the Court has found none. Thus, having determined that it lacks subject matter jurisdiction, the Court must dismiss this action. See Fed. R. Civ. P. 12(h)(3). Accordingly;

**IT IS ORDERED** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 9th day of November, 2023.

                                                Greg Gerard Guidry
                                           United States District Judge